```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 14034
    JAMES E WILLIAMS
    CHARLOTTE WILLIAMS                          CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-1732    SSN XXX-XX-8180
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/31/06 and confirmed on 02/01/07.

2. The case was dismissed after confirmation, 09/26/2008.

3. The Debtor paid a total of $ 5645.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EMPORIUM MOTOR | SECURED VEHIC | 2604.00 | 256.72 | 1014.17 |
| ARROW | UNSECURED | NOT FILED | .00 | .00 |
| ARTURO TOMAS MD | UNSECURED | NOT FILED | .00 | .00 |
| BHURJI SINGH MD | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 276.55 | .00 | 52.83 |
| OTTAWA COMMUNITY HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF OTTAWA | UNSECURED | NOT FILED | .00 | .00 |
| ST MARGARETS HOSPITAL | UNSECURED | 65.00 | .00 | 6.50 |
| COLLECTION PROFESSIONALS | UNSECURED | 4966.71 | .00 | 948.68 |
| OTTAWA COMMUNITY HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| COTTONWOOD FINANCIAL LTD | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | 8902.26 | .00 | 1700.40 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 333.20 | .00 | 63.64 |
| FORD MOTOR CREDIT CO | UNSECURED | 4689.02 | .00 | 895.63 |
| G L KOEHN MD | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS POWER | UNSECURED | 288.07 | .00 | 55.03 |
| R F BETTASSO & S M ONEAL | UNSECURED | NOT FILED | .00 | .00 |
| R F BETTASSO & S M ONEAL | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| PEORIA PULMONARY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| RETRIEVAL MASTERS | UNSECURED | NOT FILED | .00 | .00 |
| RCS | UNSECURED | NOT FILED | .00 | .00 |
| TOWN & COUNTRY DISPOSAL | UNSECURED | NOT FILED | .00 | .00 |
| WORLD ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1216.40 | .00 | 232.34 |

```
ROUNDUP FUNDING LLC         UNSECURED           961.00            .00         183.56
     Summary of disbursements:
----------------------------------------------------------------------------
                     SECURED     PRIORITY    UNSECURED        OTHER          TOTAL
----------------------------------------------------------------------------
TOTAL CLMS ALLOWED   2604.00          .00     21698.21          .00       24302.21
PRINCIPAL PAID       1014.17          .00      4138.61          .00        5152.78
INTEREST PAID         256.72          .00           .00         .00         256.72
TOTAL PAID           1270.89          .00      4138.61          .00        5409.50
```

The Debtor's attorney, OSTLING & ASSOC              , was allowed $        .00
and was paid $       .00 .

The Trustee received $    235.50 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 12/16/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 06 B 14034 JAMES E WILLIAMS & CHARLOTTE WILLIAMS